1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   TYRIE HICKS,                              1:14-cv-01764-GSA (PC)

12                 Plaintiff,

13          v.                                 ORDER TO SUBMIT APPLICATION
                                               TO PROCEED IN FORMA PAUPERIS
                                               OR PAY FILING FEE WITHIN 45 DAYS
14   J. LOPEZ, et al.,

15                 Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

18   § 1983.  On November 3, 2014, Plaintiff filed the Complaint commencing this action, together

19   with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)

20   However, Plaintiff's application to proceed in forma pauperis was not submitted on the form used

21   by this court.  Plaintiff shall be granted additional time to submit a new application on the proper

22   form.

23          Accordingly, IT IS HEREBY ORDERED that:

24          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

25   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

26   the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

27   **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

28   submit a certified copy of his/her prison trust statement for the six month period immediately

1

preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   __**November 20, 2014**__                    _____**/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

2